UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| |
|---|
| JOSEPH BUTLER, CHAPTER 7 TRUSTEE OF C.R. STONE CONCRETE CONTRACTORS, INC., |
| Plaintiff, |
| vs. |
| CHARLES G. KRATTENMAKER, JR., As Executor Of The Estate Of RICHARD ANDERSON; GILLIAN WELBY; JOHN MARINI; PLUMB HOUSE, INC., DALTON BUILDERS, INC., JOHN MARINI MANAGEMENT COMPANY; LENOX-NORWOOD LLC; THE FRAMING COMPANY, INC., SAFECO INSURANCE COMPANY OF AMERICA and FINVEST QUINCY LLC, |
| Defendants. |

Case No. 1:13-cv-11109-DPW

## **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

The parties to this action and the cases consolidated with this action, by their attorneys, hereby stipulate that all claims, counterclaims and cross-claims in the above-entitled action, and all consolidated cases, be and hereby are dismissed with prejudice and without costs.

All rights of appeal waived.

Dated: May 18, 2015

The remainder of this Page is intentionally left blank.

GILLIAN WELBY,

By her Attorneys,
LOONEY & GROSSMAN, LLP


/s/ Charles P. Kindregan
Charles P. Kindregan, Esq.
Looney & Grossman, LLP
101 Arch Street
 Boston, Massachusetts  02110
(617) 951-2800
ckindregan@lgllp.com



JOSEPH BUTLER, CHAPTER 7 TRUSTEE
OF C.R. STONE CONCRETE
CONTRACTORS, INC.

By his Attorneys,
RIEMER & BRAUNSTEIN LLP


/s/ Paul S. Samson
Paul S. Samson, BBO No. 440160
Mark W. Corner, BBO No. 550156
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000
psamson@riemerlaw.com
mcorner@riemerlaw.com



CHARLES G. KRATTENMAKER, JR., AS
EXECUTOR OF THE ESTATE OF RICHARD
ANDERSON, PLUMB HOUSE, INC.,
DALTON BUILDERS, INC., SAFECO
INSURANCE COMPANY OF AMERICA,
and FINVEST QUINCY, LLC

By their Attorneys,
KROKIDAS & BLUESTEIN LLP


/s/ Vincent J. Pisegna
Vincent J. Pisegna, BBO #400560
Jill Brenner Meixel, BBO #652501
Krokidas & Bluestein LLP
600 Atlantic Avenue, 19th Floor
Boston, Massachusetts 02210
(617) 482-7211
vpisegna@kb-law.com



JOHN MARINI,
JOHN MARINI MANAGEMENT CO.,
LENOX-NORWOOD, LLC, and the
FRAMING COMPANY, INC.,


By their Attorneys,
RUDOLPH FRIEDMAN LLP


/s/ James S. Singer
James S. Singer, Esq.
Rudolph Friedmann LLP
92 State Street
Boston, Massachusetts  02109
(617) 723-7700
jsinger@RFlawyers.com

2